UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GEON PERFORMANCE SOLUTIONS, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:25-cv-00983-JPH-MKK ) |
| AUTOMATED INGREDIENT SYSTEMS, LLC, | ) ) ) |
| Defendant. | ) ) |

**ORDER ON JURISDICTION**

Plaintiff GEON Performance Solutions, LLC filed a complaint alleging that this Court has diversity jurisdiction over this matter. Dkt. 1. For the Court to have diversity jurisdiction, the amount in controversy must exceed $75,000, exclusive of interest and costs, and the litigation must be between citizens of different states. 28 U.S.C. § 1332(a). For diversity jurisdiction purposes, "the citizenship of an LLC is the citizenship of each of its members." *Thomas v. Guardsmark, LLC*, 487 F.3d 531, 534 (7th Cir. 2007). For LLCs, parties must "work back through the ownership structure until [reaching] either individual human beings or a formal corporation with a state of incorporation and a state of principal place of business." *Baez-Sanchez v. Sessions*, 862 F.3d 638, 641 (7th Cir. 2017); *Thomas*, 487 F.3d at 534.

Here, GEON's Rule 7.1 filing states that it is an LLC, and its sole member is SK Echo Group S.a.r.l., a Luxembourg business entity. Dkt. 5. "A S.A.R.L. is a 'société à responsabilité limitée.' Several countries, including Luxembourg,

1

France, and Switzerland, use the S.A.R.L.  There is no controlling law in this circuit, much less in any other circuit, regarding whether a S.A.R.L. should be considered a limited liability company or a corporation for purposes of diversity of citizenship."  *Arcelormittal Ind. Harbor LLC v. Amex Nooter, LLC*, 194 F. Supp. 3d 804, 816 (N.D. Ind. 2016).  Whether a S.A.R.L. is treated as an LLC or as a corporation determines what additional information the Court needs to be assured of its subject-matter jurisdiction here.  *See Jenkins v. ArcelorMittal USA LLC*, 2020 WL 487149, at *2 (N.D. Ind. Jan. 30, 2020) (Kolar, J.).

Therefore, the Court **ORDERS** GEON to file a jurisdictional statement **by September 19, 2025** addressing the following: (1) its position on whether SK Echo Group S.a.r.l. should be considered either an LLC or a corporation for purposes of diversity jurisdiction; (2) the citizenship and corporate form of SK Echo Group's members, to the extent it should be treated as an LLC; and (3) SK Echo Group's country of incorporation and principal place of business, to the extent it should be treated as a corporation.

**SO ORDERED.**

Date: 8/22/2025

                *James Patrick Hanlon*
                James Patrick Hanlon
                United States District Judge
                Southern District of Indiana

Distribution:

All electronically registered counsel